FILED

2007 Jan-02  PM 02:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| RHONDA A. SCHRIMSHER, Administrator of the Estate of RAYFORD L. SCHRIMSHER, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | CASE NO.: |
| v. | ) ) | CV-06-RRA-4867-S |
| CHARTER COMMUNICATIONS, LLC, et al. | ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

A notice of voluntary dismissal, signed by the plaintiff, having been filed in this action, and no defendant having answered or filed a motion for summary judgment, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), this case is **DISMISSED, without prejudice,** each party to bear their own costs.

DONE and ORDERED, this 2nd day of January, 2007.

Robert R. Armstrong, Jr.
United States Magistrate Judge